Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-CR-10194-NMG |
| ) | |
| SKIFTER AJRO ) | |

## WAIVER OF INDICTMENT

I, **SKIFTER AJRO**, the above-named defendant, who is accused of two counts of wire fraud in violation of 18 U.S.C. § 1343 and two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78ff(a), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on ___8/9/2005___ prosecution by indictment and
(Date)
consent that the proceeding may be by information instead of by indictment.

_____ Defendant

_____ Counsel for the Defendant
Daniel M. Rabinovitz

Before: __Gorton, USDJ  8/9/05__
Judicial Officer