UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>Skifter Ajro, )<br>Defendant. )<br>) | Docket No. 05-CR-10194 NMG |

## MOTION TO WITHDRAW

Now comes the undersigned counsel and hereby requests that this Honorable Court allow him to withdraw his appearance on behalf of Defendant, Skifter Ajro ("Mr. Ajro").

In support to this Motion, the undersigned states as follows:

1. The undersigned has discussed this matter with Mr. Ajro who has indicated his assent to this motion.

2. Mr. Ajro has obtained new counsel, Michael A. Collora of Dwyer & Collora LLP, who seeks to file his appearance in this matter.

3. Neither the government nor Mr. Ajro shall be prejudiced by the undersigned's withdrawal.

Respectfully submitted,

Attorney for Defendant


/s/ Daniel M. Rabinovitz
(BBO No. 558419)
MICHAELS & WARD, LLP
12 Post Office Square
Boston, MA 02109
617-350-4040 tel.
617-350-4050 fax

Dated: June 5, 2006