# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>SKIFTER AJRO,<br><br>    Defendant. | Docket No. 05-CR-10194-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael A. Collora of Dwyer & Collora, LLP, as counsel on behalf of the Defendant in the above-captioned matter.

                Respectfully submitted,

                SKIFTER AJRO

                By his attorney,

                ___/s/ Michael A. Collora_____
                Michael A. Collora (BBO No. 092940)
                Dwyer & Collora LLP
                600 Atlantic Avenue
                Boston, MA 02210
                (617) 371-1000
                (617) 371-1037 (fax)

Dated: June 7, 2006

## CERTIFICATE OF SERVICE

I, Michael A. Collora, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 7th day of June, 2006.

                _____/s/ Michael A. Collora_____
                Michael A. Collora