**SEALED   DOCUMENT**

Case 1:05-cr-10194-NMG    Document 21    Filed 02/27/2007    Page 1 of 1