UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SKIFTER AJRO,<br>         Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:05-cr-10194-NMG<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION OF DEFENDANT SKIFTER AJRO TO CONTINUE SENTENCING**

COMES NOW, the Defendant, Skifter Ajro, through undersigned counsel, and respectfully moves this Honorable Court to enter and order continuing his sentencing in the above referenced case to September 4, 2008:

1.  On August 9, 2005, Mr. Ajro waived indictment and pled guilty to a four count criminal information relating to mutual funding market timing. At that time, he was released by the Court on personal recognizance with the standard conditions. At all times, the Mr. Ajro has complied with his bond conditions and cooperated with the government.

2.  Mr. Ajro's sentencing is currently scheduled for August 14, 2008. Mr. Ajro requests that his sentencing be continued for a short period of time to allow him to attend his brother's wedding scheduled to take place the weekend of August 16, 2008.

3.  Undersigned counsel for has contacted Assistant United States Attorney Jack Pirozzolo who has assented to this motion. Both AUSA Pirozzolo and undersigned counsel request Mr. Ajro's sentencing be continued until September 4, 2008 to accommodate counsels' vacation schedules.

WHEREFORE, Mr. Ajro respectfully requests that this Court enter and order continuing his sentencing from August 14, 2008 to September 4, 2008.

Respectfully submitted,

Skifter Ajro,
By his attorneys,

/S/ William J. Lovett
Michael A. Collora (BBO # 092940)
William J. Lovett (BBO #643525)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000
Facsimile (617) 371-1037
wlovett@dwyercollora.com

Dated June 10, 2008

## **CERTIFICATE OF SERVICE**

    I, William J. Lovett, certify a copy of this Assented to Motion of Skifter Ajro To Continue Sentencing has been shared with Assistant United States Attorney Jack Pirozzolo. I further certify that a true and correct copy of this motion was filed through the ECF System on this 10th day of June, 2008 and will be sent electronically to all counsel of record.

                                           /S/ William J. Lovett_____
                                           William J. Lovett

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SKIFTER AJRO,<br>          Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:05-cr-10194-NMG<br>)<br>)<br>)<br>)<br>) |

**PROPOSE ORDER**

Upon consider of the Assented to Motion of Skifter Ajro to Continue Sentencing, the motion it is hereby _____.

It is ORDERED that Skifter Ajro's sentencing in the above referenced case be continued to September 4, 2008 at 3:00 p.m.

_____
United State District Court Judge