**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SKIFTER AJRO,<br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:05-cr-10194-NMG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant Skifter Ajro in the above captioned matter.

Respectfully submitted,

/s/ William J. Lovett_____
William J. Lovett (BBO # 643525)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
(617) 371-1037 (Facsimile)

Dated July 24, 2008

**CERTIFICATE OF SERVICE**

    I, William J. Lovett, certify a true and correct copy of this Notice of Appearance was filed through the ECF System on this 24th day of July, 2008 and will be sent electronically to all counsel of record.

                                              /S/ William J. Lovett_____  
                                              William J. Lovett

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SKIFTER AJRO,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:05-cr-10194-NMG<br>)<br>)<br>)<br>) |

**PROPOSE ORDER**

Upon consider of the Assented to Motion of Skifter Ajro to Continue Sentencing, the motion it is hereby _____.

It is ORDERED that Skifter Ajro's sentencing in the above referenced case be continued to September 4, 2008 at 3:00 p.m.

_____
United State District Court Judge