UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SKIFTER AJRO,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:05-cr-10194-NMG<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**SENTENCING MEMORANDUM UNDER SEAL**

Defendant Skifter Ajro hereby moves, pursuant to Local Rule 7.2 and the Electronic Case Filing Administrative Procedures Rule I.(1)(a), to file his Sentencing Memorandum under seal.

As grounds for his motion, Mr. Ajro states that his sentencing is currently scheduled for September 4, 2008. Mr. Ajro further states that his Sentencing Memorandum contains information that relates to his ongoing cooperation with the government. Undersigned counsel has consulted with AUSA Jack Pirozzolo who consents to the Defendant's motion.

Accordingly, the Sentencing Memorandum and any attachments should be sealed.

Respectfully submitted,

/s/ William J. Lovett
William J. Lovett (BBO # 643525)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000
(617) 371-1037 (Facsimile)

Dated August 12, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>v.           )<br> )     Case No. 1:05-cr-10194-NMG<br> )<br>SKIFTER AJRO,       )<br>        Defendant.    )<br> )  | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Leave to File Sentencing Memorandum Under Seal and for good cause shown, it his hereby

ORDERED that Defendant motion is allowed.  Defendant shall be allowed to file his Sentencing Memorandum under seal in accordance with the provisions of Electronic Case Filing Administrative Procedures Rule I.(1)(a) and Local Rule 7.2.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

     I, William J. Lovett, certify that a true and correct copy of the Defendant's Motion for Leave to File Sentencing Memorandum Under Seal was filed through the ECF System on this 12th day of August, 2008 and will be sent electronically to all counsel of record.

                                          /S/ William J. Lovett_____
                                          William J. Lovett