UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                              )<br>)<br>SKIFTER AJRO,                )<br>           Defendant.          )<br>) | Case No. 1:05-cr-10194-NMG |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Defendant Skifter Ajro's Sentencing Memorandum will be manually filed under seal on August 26, 2008.

                                                                Respectfully submitted,

                                                                /s/ William J. Lovett____
                                                                William J. Lovett (BBO # 643525)
                                                                DWYER & COLLORA, LLP
                                                                600 Atlantic Avenue
                                                                Boston, MA 02210
                                                                (617) 371-1000
                                                                (617) 371-1037 (Facsimile)

Dated August 26, 2008

### CERTIFICATE OF SERVICE

I, William J. Lovett, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 26th day of August.

                                                                __/s/ William J. Lovett_____

William J. Lovett